LAPSENBERG (SCHARLUTE), Respondent, vs. SNAPP, Appellant.

For the appellant: *Carlyle B. Wurster* of Merrill.
For the respondent: *Leonard F. Schmitt* of Merrill.

*By the Court.*—Judgment affirmed.

LAPSENBERG (JACOB), Respondent, vs. SNAPP, Appellant.

For the appellant: *Carlyle B. Wurster* of Merrill.
For the respondent: *Leonard F. Schmitt* of Merrill.

*By the Court.*—Judgment affirmed.

*November 10, 1931.*

MUSFELDT, Administrator, Appellant, vs. HAMES, Respondent.

For the appellant: *Douglas J. Mangan,* attorney, and *James B. Croke* of counsel, both of Milwaukee.
For the respondent: *Hill, Beckwith & Harrington* of Madison.

*By the Court.*—Judgment affirmed.